[No. 33441-4-III. Division Three. May 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JARROD CODY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-01194-1, David A. Elofson, J., entered June 1, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[Nos. 33662-0-III; 33666-2-III;    Division Three.    May 19, 2016.]
     33667-1-III; 33663-8-III;
     33664-6-III; 33665-4-III.

*In the Matter of the Parental Rights to* S.R.W.C.B.-J. ET AL.

Appeals from a judgment of the Superior Court for Kittitas County, No. 13-7-00063-7, Blaine G. Gibson, J., entered July 7, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 69841-9-I. Division One. May 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL KEITH JUSTICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04487-9, Barbara Linde, J., entered February 1, 2013. *Affirmed* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.